UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 21-CR-708 (RCL) |
| | ) |
| LEO KELLY, | ) |
| Defendant. | ) |
| | ) |

## ORDER

This Court has considered the motion to withdraw filed by trial counsel *Eira West* for defendant Kelly. Finding it meritorious, the motion is GRANTED/~~DENIED~~.

SO ORDERED this 17th day of Jan., 2025.

_____
Royce C. Lamberth
United States District Judge